```
1   MITCHELL F. BOOMER (SBN 121441)
    JoANNA L. BROOKS (SBN 182986)
2   DYLAN B. CARP (SBN 196846)
    JACKSON LEWIS LLP
3   199 Fremont Street, 10th Floor
    San Francisco, CA 94105
4   Telephone   415.394.9400
    Facsimile:  415.394.9401
5
    Attorneys for Defendant
6   SIEMENS PRODUCT LIFECYCLE
    MANAGEMENT SOFTWARE INC.
7   (formerly known as UGS CORP.)
```

COPY    E-filing

ORIGINAL FILED
SEP - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MJJ

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

C 07 4640

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

UGS Holdings, Inc., UGS Capital Corp II, UGS Capital Corp, Siemens Corporation, Siemens USA Holdings, Inc., Siemens Beteiligungen USA GmbH, and Siemens AG.

JACKSON LEWIS LLP

Dated: September 7, 2007

By: _____
Mitchell F. Boomer
JoAnna L. Brooks
Dylan B. Carp
Attorneys for Defendant
SIEMENS PRODUCT
LIFECYCLE MANAGEMENT
SOFTWARE INC.

## *CERTIFICATE OF SERVICE*

**CASE:** Vanessa Flint v. UGS Corporation
**CASE NO.:** USDC-NDCA
**CLIENT:**

I, Linda A. Moore, declare that I am employed with the law firm of Jackson, Lewis, whose address is 199 Fremont Street, 10th Floor, San Francisco, California, 94105; I am over the age of eighteen (18) years and am not a party to this action.

On September 7, 2007, I served the attached document(s):

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Robert C. Schubert                              *Counsel for Plaintiff*
Juden Justice Reed
Miranda P. Kolbe
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

[X] BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ] BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ] BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

1

NOTICE OF REMOVAL TO FEDERAL COURT                    Case No. CGC-07-465695

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 7, 2007, at San Francisco, California.

_____
Linda A. Moore