MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone   415.394.9400
Facsimile:   415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> UGS CORPORATION and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C07-04640 MJJ <br><br> **CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** <br><br> Complaint filed August 1, 2007 <br><br> (State Court File No. CGC-07-465695) |

I, Linda A. Moore, declare that I am employed with the law firm of Jackson, Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On September 10, 2007, I served the following documents:

1.  Notice to State Court and to Adverse Party of Filing of Notice of Removal of Action to Federal Court;

2.  Order Setting Initial Case Management Conference;

3.  Standing Order (Judge Martin J. Jenkins);

4.  Standing Order for All Judges in the Northern District of California;

1
CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction, with attached forms of Waiver of Service of Summons, Notice of Lawsuit and Request for Waiver of Service of Summons, "Welcome to the U.S. District Court, San Francisco (Guidelines), and San Francisco Article III Judges; and

6. U.S. District Court Northern California ECF Registration Information Handout

by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Robert C. Schubert                                    *Counsel for Plaintiff*
Juden Justice Reed
Miranda P. Kolbe
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile:  (415) 788-0161

[X]  BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address hours by OVERNITE EXPRESS delivery service.

[ ]  BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2007, at San Francisco, California.

_____
LINDA A. MOORE

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT