MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: 415.394.9400
Facsimile: 415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07 4640 MJJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

---

1

ANSWER AND AFFIRMATIVE DEFENSES                                                    Case No. C 07 4640 MJJ

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF VANESSA FLINT, AND TO HER ATTORNEYS OF RECORD:

COMES NOW Defendant Siemens Product Lifecycle Management Software Inc. ("Defendant") and hereby answers the First Amended Class and Representative Action Complaint ("Complaint") filed on behalf of Plaintiff Vanessa Flint ("Plaintiff") as follows:

**ANSWER**

1. Paragraph 1 of the Complaint consists of a "summary of claims" containing introductory statements and descriptions that do not require a response. To the extent a response is required, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth therein and on that basis denies each and every allegation contained therein.

1. In answering Paragraph number 1 [sic] of the Complaint, Defendant admits that Plaintiff is a resident of California and that Plaintiff was employed by Defendant in California during the Class Period. Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis denies each and every allegation contained therein.

2. In answering Paragraph number 2 of the Complaint, Defendant admits that it is a corporation organized under the laws of the State of Delaware and has its principal place of business in the State of Texas. Defendant admits that it is qualified to and does business in the State of California. Defendant admits that it is a leading global provider of product lifecycle management software and services. Except as expressly admitted, Defendant denies each and every allegation contained therein.

3. In answering Paragraph number 3 of the Complaint, Defendant admits that it is an employer under California law. Except as expressly admitted, Defendant denies each and every allegation contained therein.

4. Paragraph 4 of the Complaint consists of allegations that do not require a response. To the extent a response is required, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

5. In answering Paragraph number 5 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

6. Defendant denies each and every allegation contained in Paragraph 6 of the Complaint.

7. In answering Paragraph number 7 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

8. In answering Paragraph number 8 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

9. In answering Paragraph number 9 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

10. In answering Paragraph number 10 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

11. In answering Paragraph number 11 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

12. In answering Paragraph number 12 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

13. In answering Paragraph number 13 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

14. In answering Paragraph number 14 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every

ANSWER AND AFFIRMATIVE DEFENSES                                    Case No. C 07 4640 MJJ

allegation contained therein.

15. In answering Paragraph number 15 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

16. In answering Paragraph number 16 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

17. In answering Paragraph number 17 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

18. In answering Paragraph number 18 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

19. In answering Paragraph number 19 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

20. In answering Paragraph number 20 of the Complaint, Defendant admits that during the Class Period Defendant was aware of the duties performed by Plaintiff Flint. Except as expressly admitted, each and every allegation contained in Paragraph 20 is denied.

21. Defendant denies each and every allegation contained in Paragraph 21 of the Complaint.

22. In answering Paragraph number 22 of the Complaint, Defendant admits that Defendant did not provide Plaintiff Flint with semimonthly itemized statements of the total number of hours worked. Defendant denies that it has shielded itself from scrutiny or concealed wrongdoing. Except as expressly so admitted, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 and on that basis denies each and every allegation contained therein.

23. Defendant denies each and every allegation contained in Paragraph 23 of the

Complaint.

24. Defendant denies each and every allegation contained in Paragraph 24 of the Complaint.

25. In answering Paragraph number 25 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

26. Defendant denies each and every allegation contained in Paragraph number 26 of the Complaint.

27. Paragraph 27 of the Complaint consists of a description of the purported class that does not require a response. To the extent that any response is required, each and every allegation is denied.

28. Paragraph 28 of the Complaint consists of a definition that does not require a response. To the extent that any response is required, each and every allegation is denied.

29. In answering Paragraph number 29 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

30. In answering Paragraph number 30 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

31. In answering Paragraph number 31 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

32. In answering Paragraph number 32 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained in Paragraph 32 and each of its subparts.

33. In answering Paragraph number 33 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

34. In answering Paragraph number 34 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

35. In answering Paragraph number 35 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

36. In answering Paragraph number 36 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

37. In answering Paragraph number 37 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

38. Paragraph 38 of the Complaint describes Plaintiff's purported claim and does not require a response. To the extent that this Paragraph also contains allegations, each and every allegation is denied.

39. In answering Paragraph number 39 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

40. In answering Paragraph number 40 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 40 and on that basis denies each and every allegation contained therein.

41. Defendant denies each and every allegation contained in Paragraph number 41 of the Complaint.

42. Defendant denies each and every allegation contained in Paragraph 42 of the Complaint.

43. Defendant denies each and every allegation contained in Paragraph 43 of the Complaint.

44. Defendant denies each and every allegation contained in Paragraph 44 of the

Complaint.

45. Defendant denies each and every allegation contained in Paragraph 45 of the Complaint.

46. In answering Paragraph number 46 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

47. In answering Paragraph number 47 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

48. In answering Paragraph number 48 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 48 and on that basis denies each and every allegation contained therein.

49. In answering Paragraph number 49 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 and on that basis denies each and every allegation. contained therein

50. In answering Paragraph number 50 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 50 and on that basis denies each and every allegation contained therein.

51. Defendant denies each and every allegation contained in Paragraph 51 of the Complaint.

52. Defendant denies each and every allegation contained in Paragraph 52 of the Complaint.

53. In answering Paragraph number 53 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

54. In answering Paragraph number 54 of the Complaint, Defendant admits that

7

Defendant did not provide Plaintiff Flint with semimonthly itemized statements of the total number of hours worked. Except as expressly so admitted, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 54 and on that basis denies each and every allegation contained therein.

55. Defendant denies each and every allegation contained in Paragraph 55 of the Complaint.

56. In answering Paragraph number 56 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, Defendant lacks information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 and on that basis denies each and every allegation contained therein.

57. Paragraph 57 of the Complaint describes relief that Plaintiff purports to seek, and for that reason no response is required. To the extent that a response is required, each and every allegation is denied.

58. In answering Paragraph number 58 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

59. Defendant denies each and every allegation contained in Paragraph 59 of the Complaint.

60. Defendant denies each and every allegation contained in Paragraph 60 of the Complaint.

61. Paragraph 61 of the Complaint describes relief that Plaintiff purports to seek, and for that reason no response is required. To the extent that any response is required, each and every allegation is denied.

62. In answering Paragraph number 62 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

63. In answering Paragraph number 63 of the Complaint, Defendant denies each and every allegation regarding Plaintiff Flint. Except as expressly so denied, this paragraph describes relief that Plaintiff purports to seek, and for that reason no response is required, and to the extent that any response is required, each and every allegation is denied.

64. In answering Paragraph number 64 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

65. Defendant denies each and every allegation contained in Paragraph 65 of the Complaint.

66. Defendant denies each and every allegation contained in Paragraph 66 of the Complaint.

67. Defendant denies each and every allegation contained in Paragraph 67 of the Complaint.

68. Defendant denies each and every allegation contained in Paragraph 68 of the Complaint.

69. Defendant denies each and every allegation contained in Paragraph 69 of the Complaint.

70. Defendant denies each and every allegation contained in Paragraph 70 of the Complaint.

71. Paragraph 71 of the Complaint describes relief that Plaintiff purports to seek, and for that reason no response is required. To the extent that a response is required, each and every allegation is denied.

72. Paragraph 72 of the Complaint describes relief that Plaintiff purports to seek, and for that reason no response is required. To the extent that a response is required, each and every allegation is denied.

73. In answering Paragraph number 73 of the Complaint, Defendant incorporates the above responses by reference as if set forth fully herein.

74. Defendant denies each and every allegation contained in Paragraph 74 of the Complaint.

75. In answering Paragraph number 75 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

76. In answering Paragraph number 76 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

77. In answering Paragraph number 77 of the Complaint, Defendant lacks information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

78. Paragraph 78 of the Complaint describes relief that Plaintiff purports to seek, and for that reason no response is required. To the extent that a response is required, each and every allegation is denied.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses to Plaintiff's Complaint and the alleged causes of action, Defendant alleges as follows:

1. The Complaint, and all purported causes of action contained therein, fail to state facts sufficient to constitute a cause of action against Defendant.

2. Plaintiff's First Cause of Action, to the extent it asserts claims for failure to pay wages, is barred in part by the statute of limitations contained in Code of Civil Procedure Section 338(a).

3. Plaintiff's Second Cause of Action, to the extent it seeks payments for failure to provide meal and rest breaks, is barred in part by the statute of limitations contained in Code of Civil Procedure Section 338(a).

4. Plaintiff's Third Cause of Action, to the extent it asserts claims for the payment of statutory penalties, is barred in part by the statute of limitations contained in Code of Civil Procedure Section 340(a).

5. Plaintiff's Fourth Cause of Action is barred in part by the statute of limitations contained in Business and Professions Code Section 17208.

6. Plaintiff's Fifth Cause of Action, to the extent it asserts claims for the payment of statutory penalties, is barred in part by the statute of limitations contained in Code of Civil Procedure Section 340(a).

ANSWER AND AFFIRMATIVE DEFENSES                                                    Case No. C 07 4640 MJJ

7. Plaintiff's Complaint, and all causes of action contained therein, are barred because Plaintiff was at all times relevant herein exempt from the overtime provisions of the California Labor Code, the wage orders of the California Industrial Welfare Commission and/or applicable federal law.

8. To the extent discovery discloses a factual basis for this defense, Plaintiff's claims are barred in whole or in part because Plaintiff lacks standing.

9. Plaintiff is not entitled to any equitable or injunctive relief as prayed for in the Complaint because Plaintiff has suffered no irreparable injury based on any alleged conduct of Defendant, and Plaintiff has an adequate remedy at law for any such alleged conduct.

10. Plaintiff is barred from seeking monetary damage for claims under Business and Professions Code Section 17200, *et seq*.

11. Defendant's conduct was at all times privileged, undertaken in good faith or justified under California law.

12. To the extent discovery may disclose a factual basis for this defense, Plaintiff is barred from recovering any damages, or any recovery must be reduced, by virtue of Plaintiff's failure to exercise reasonable diligence to mitigate her alleged damages.

13. To the extent discovery disclose a factual basis for this defense, Plaintiff's Complaint, and all purported causes of action alleged therein, are barred by the doctrine of laches.

14. To the extent discovery disclose a factual basis for this defense, Plaintiff's Complaint, and all purported causes of action alleged therein, are barred by the doctrine of estoppel.

15. To the extent discovery disclose a factual basis for this defense, Plaintiff's Complaint, and all purported causes of action alleged therein, are barred by the doctrine of consent.

16. To the extent discovery disclose a factual basis for this defense, Plaintiff's Complaint, and all purported causes of action alleged therein, are barred by the doctrine of waiver.

17. To the extent discovery disclose a factual basis for this defense, Plaintiff's

Complaint, and all purported causes of action alleged therein, are barred by the doctrine of unclean hands.

18. Plaintiff's purported claims are barred, in whole or in part, or recovery is precluded because Defendant's conduct was not willful.

19. Plaintiff is not entitled to recover any punitive or exemplary damages as prayed for in the Complaint on the ground that any award of punitive or exemplary damages under California law, as applied to the facts of this specific action, would violate Defendant's constitutional rights under provisions of the United States and California Constitutions, including but not limited to the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution and the Excessive Fines and Cruel and Unusual Punishment Clauses of the Eighth Amendment of the United States Constitution.

20. Defendant has engaged attorneys to represent it in defense of Plaintiff's unfounded and unreasonable action and Defendant thus is entitled to an award of reasonable attorney's fees and costs pursuant to Labor Code Section 218.5 or Code of Civil Procedure Section 1021.5 upon judgment in its favor.

WHEREFORE, Defendant prays as follows:

1. That Plaintiff take nothing herein;
2. For reasonable attorney's fees;
3. For costs of suit herein; and
4. For such other and further relief as the Court may deem just and proper.

JACKSON LEWIS LLP

Dated: September 14, 2007        By: _____
                                      Mitchell F. Boomer
                                      JoAnna L. Brooks
                                      Dylan B. Carp
                                      Attorneys for Defendant
                                      SIEMENS PRODUCT LIFECYCLE
                                      MANAGEMENT SOFTWARE INC.

H:\S\Siemens [110427]\Flint v. UGS [114837]\Pleadings\ANSWER AND AFFIRMATIVE DEFENSES.doc