MITCHELL F. BOOMER (State Bar No. 121441)
JOANNA L. BROOKS (State Bar No. 182986)
DYLAN B. CARP (State Bar No. 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401

Attorneys for Defendant SIEMENS PRODUCT
LIFECYLE MANAGEMENT SOFTWARE, INC.
(formerly known as UGS CORP.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07 4640 MJJ<br><br>**DEMAND FOR JURY TRIAL** |

1

DEMAND FOR JURY TRIAL                                                                 Case No. C 07 4640 MJJ

1 | NOTICE TO PLAINTIFF AND HER ATTORNEY OF RECORD:

2 |       Defendant SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE,
3 | INC. (erroneously named as UGS CORPORATION) ("Defendant") hereby requests a jury trial in
4 | the above-captioned action that was removed to this Court by Defendant on September 7, 2007.
5 | Defendant filed its answer on September 14, 2007.

7 | Dated: September 17, 2007

                                          JACKSON LEWIS LLP

                                          By: /s/ JoAnna L. Brooks
                                          Mitchell F. Boomer
                                          JoAnna L. Brooks
                                          Dylan B. Carp
                                          Attorneys for Defendants

DEMAND FOR JURY TRIAL                                                                     Case No. C 07 4640 MJJ

## *CERTIFICATE OF SERVICE*

**CASE:** Vanessa Flint vs. UGS Corporation
**CASE NO.:** USDC-NDCA C 07 4640 MJJ
**CLIENT:** 114837

I, Mary Stoner, declare that I am employed with the law firm of Jackson, Lewis, whose address is 199 Fremont Street, 10th Floor, San Francisco, California, 94105; I am over the age of eighteen (18) years and am not a party to this action.

On September 17, 2007, I served the attached document(s):

**DEMAND FOR JURY TRIAL**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Robert C. Schubert, Esq.
Juden Justice Reed, Esq.
Miranda P. Kolbe, Esq.
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone:   415.788.4220
Facsimile:    415.788.0161

[ X ]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1  Executed on September 17, 2007, at San Francisco, California.
2
3  _____
4  *Mary Stoner* (signature)    Mary Stoner
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEMAND FOR JURY TRIAL                                          Case No. C 07 4640 MJJ