MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone   415.394.9400
Facsimile:   415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 4640 MJJ<br><br>(Removed from San Francisco Superior Court on September 7, 2007; Case No:CGC-07-465695)<br><br>**DECLARATION OF PETER OLSON IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>Date:　November 27, 2007<br>Time:　　9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:　Hon. Martin J. Jenkins |

　　　I, Peter Olson, hereby declare as follows:

　　　1. I am the Director of Human Resources for Siemens Product Lifecycle Management Software Inc. ("Siemens PLM Software") with responsibility for the company's HRIS system. I have personal knowledge of the matters stated herein. Siemens PLM Software is a Delaware corporation with its principal place of business located in Texas. Siemens PLM Software has an office in Cypress, California, which is by far the company's largest office in California.

1

DECLARATION OF PETER OLSON IN SUPPORT OF
MOTION TO TRANSFER VENUE

Case No. C 07 4640 MJJ

2. Plaintiff Vanessa Flint ("Plaintiff") is employed by Siemens PLM Software as an applications engineer. Aside from three employees in Northern California, all of the California Siemens PLM Software employees with the same job title as Plaintiff work at the Siemens PLM Software office located in Cypress, California. Since those applications engineers work at the Cypress office I believe they reside in or around Southern California.

3. Plaintiff's last known address is 14737 Bordeaux Lane, Chino Hills, CA 91709.

4. Time records reflecting the number of hours Plaintiff worked at Siemens PLM Software are also located in Cypress, California.

Executed this 19 day of October, 2007, at Shoreview Minnesota. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

_____
Peter Olson

DECLARATION OF PETER OLSON IN SUPPORT OF
MOTION TO TRANSFER VENUE

2

Case No. C 07 4640 MJJ