MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone   415.394.9400
Facsimile:   415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE MANAGEMENT
SOFTWARE INC.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 4640 MJJ<br><br>(Removed from San Francisco Superior Court on September 7, 2007; Case No:CGC-07-465695)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.'S MOTION TO TRANSFER VENUE**<br><br>Date:　November 27, 2007<br>Time:　　9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |

On November 27, 2007 at 9:30 a.m., in Courtroom 11 of the above-captioned court, the Honorable Martin J. Jenkins, judge presiding, heard Defendant Siemens Product Lifecycle Management Software Inc.'s ("Siemens PLM Software") Motion to Transfer Venue. Siemens PLM Software appeared by and through its counsel JoAnna L. Brooks of Jackson Lewis LLP. Plaintiff Vanessa Flint ("Plaintiff"), appeared by and through her counsel Robert C. Schubert of Schubert & Reed. After considering the moving and opposing papers, and the arguments of counsel, the Court rules as follows:

1
2  IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §1404(a), this matter shall be
3 transferred to the United States District Court for the Central District of California, Southern
4 Division, located in Santa Ana, California.
5  IT IS FURTHER ORDERED _____
6 _____
7 _____
8  DONE IN OPEN COURT this ___ day of November, 2007.
9
10
11              _____
                Martin J. Jenkins
                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER                     Case No. C 07 4640 MJJ