1  MITCHELL F. BOOMER (SBN 121441)
   JoANNA L. BROOKS (SBN 182986)
2  DYLAN B. CARP (SBN 196846)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, CA  94105
4  Telephone     415.394.9400
   Facsimile:     415.394.9401
5
   Attorneys for Defendant
6  SIEMENS PRODUCT LIFECYCLE MANAGEMENT
   SOFTWARE INC.
7  (formerly known as UGS CORP.)

8
              IN THE UNITED STATES DISTRICT COURT FOR THE
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO/OAKLAND DIVISION
11

12  VANESSA FLINT, Individually and On Behalf      Case No. C 07 4640 MJJ
    of All Others Similarly Situated,
13                                                 (Removed from San Francisco Superior
                    Plaintiffs,                    Court on September 7, 2007; Case
14                                                 No:CGC-07-465695)
            v.
15                                                 **DECLARATION OF JOHN
    UGS CORPORATION and DOES 1 through             CHRISTOPHER BROSZ IN SUPPORT
16  100, inclusive,                                OF MOTION TO TRANSFER VENUE**

17                  Defendants.                    Date:     December 4, 2007
                                                   Time:         9:30 a.m.
18                                                 Courtroom: 11, 19th Floor
                                                   Judge: Hon. Martin J. Jenkins
19

20

21        I, John Christopher Brosz, hereby declare as follows:

22        1. I am the Vice-President of Technical Operations for Siemens Product Lifecycle

23  Management Software Inc. ("Siemens PLM Software").  I have personal knowledge of the

24  matters stated herein and if called as a witness could and would competently testify

25  thereto.  I have worked as the Vice-President of Technical Operations for 6 years.  As the

26  Vice-President of Technical Operations my duties include management of the Technical

27  Operation Group, indirectly including its applications engineers, within the Products &

28

                                            1

Operations Organization of  Siemens PLM Software

2.  As Vice-President of Technical Operations, I am generally familiar with the duties of applications engineers who work for Siemens PLM Software in the State of California.  There are only three applications engineers who work for Siemens PLM Software in Northern California.  None of the applications engineers who work for Siemens PLM Software in Northern California perform technical writing duties.  None of the applications engineers who work for Siemens PLM Software in Northern California write instructional material for print or onscreen media or other instructional material intended to be read by customers.

Executed this 12th day of November, 2007, at Cypress, California.  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing, to the best of my knowledge,  is true and correct.

John Christohper Brosz

2

*CERTIFICATE OF SERVICE*

**CASE:**        Vanessa Flint v. UGS Corporation
**CASE NO.:**    USDC-NDCA : C 07 4640 MJJ
**CLIENT:**

     I, xxxxx, declare that I am employed with the law firm of Jackson, Lewis, whose address is 199 Fremont Street, 10th Floor, San Francisco, California, 94105; I am over the age of eighteen (18) years and am not a party to this action.

     On November 12, 2007, I served the attached document(s):

**DOCUMENT TITLE**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

 Robert C. Schubert, Esq.
Juden Justice Reed, Esq.
Miranda P. Kolbe, Esq.
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA  94111
Telephone:     415.788.4220
Facsimile:     415.788.0161

[  ]    <u>BY MAIL</u>:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[  ]    <u>BY HAND DELIVERY</u>:  I caused such envelope(s) to be delivered by hand to the above address.

[  ]    <u>BY OVERNIGHT DELIVERY</u>:  I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[  ]    <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on November 12, 2007, at San Francisco, California.

3

1

2

3   _____
    Mary Stoner

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4