ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
MIRANDA P. KOLBE S.B.N. 214392
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff*

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C-07-4640-MJJ<br><br>(Removed from San Francisco Superior Court on September 7, 2007; Case No. CGC-07-465695)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.
3
4  DATED: November 27, 2007                SCHUBERT & REED LLP
5
6                                          By: /s/
7                                          ROBERT C. SCHUBERT
                                            MIRANDA P. KOLBE
                                            SCHUBERT & REED LLP
8
                                            *Counsel for Plaintiff*