MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:     415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE MANAGEMENT
SOFTWARE INC.
(formerly known as UGS CORP.)

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07 4640 MJJ<br><br>(Removed from San Francisco Superior Court on September 7, 2007; Case No:CGC-07-465695)<br><br>**CLASS ACTION**<br><br>**DEFENDANT SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.'S ADR CERTIFICATION**<br><br>Judge: Hon. Martin J. Jenkins |

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), ~~each of~~ the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order No. 45, Section X regarding signatures.)*

Dated: November ___, 2007

Defendant SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.

Dated: November 27, 2007

JoAnna L. Brooks
Dylan B. Carp
Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.