IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA FLINT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UGS CORPORATION,<br><br>　　　　Defendant.<br>_____/ | No. C 07-04640 MJJ<br><br>**Clerk's Notice Rescheduling Initial CMC** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Initial Case Management Conference* previously set for 12/18/07 at 2:00 PM has been rescheduled for **Tuesday, 03/04/08** at **2:00 PM**, before the Honorable Martin J. Jenkins. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated: December 11, 2007　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: _/s/ R.B. Espinosa_____
　　　　　　　　　　　　　　　　　　　　　　　　　　R. B. Espinosa
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk