MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
PUNAM SARAD (SBN 217091)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone   415.394.9400
Facsimile:   415.394.9401

Attorneys for Defendant
SIEMENS PRODUCT LIFECYCLE
MANAGEMENT SOFTWARE INC.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-04640 MJJ<br><br>**CERTIFICATE OF SERVICE TO ADVERSE PARTY OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**<br><br>Complaint filed August 1, 2007<br><br>(State Court File No. CGC-07-465695) |

I, David T. Casey, declare that I am employed with the law firm of Jackson, Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On February 20, 2008, I served the following document:

1. **Case Management Scheduling Order for Reassigned Civil Case;**

by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

1.
CERTIFICATE OF SERVICE TO ADVERSE PARTY OF CASE MANAGEMENT
SCHEDULING ORDER FOR REASSIGNED CIVIL CASE                            Case No. C 07 4640 MJJ

|   |   |
|---|---|
| Robert C. Schubert<br>Juden Justice Reed<br>Miranda P. Kolbe<br>Schubert & Reed LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA  94111<br>Telephone:  (415) 788-4220<br>Facsimile:   (415) 788-0161 | *Counsel for Plaintiff* |

[X] <u>BY MAIL</u>:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] <u>BY HAND DELIVERY</u>: I caused such envelope(s) to be delivered by hand to the above address.

[ ] <u>BY OVERNIGHT DELIVERY</u>: I caused such envelope(s) to be delivered to the above address hours by OVERNITE EXPRESS delivery service.

[ ] <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 20, 2008, at San Francisco, California.

_____
DAVID T. CASEY

2.
CERTIFICATE OF SERVICE TO ADVERSE PARTY OF CASE MANAGEMENT
SCHEDULING ORDER FOR REASSIGNED CIVIL CASE                                    Case No. C 07 4640 MJJ