ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
MIRANDA P. KOLBE S.B.N. 214392
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Counsel for Plaintiff*

IN THE UNITED STATES COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  C-07-4640-CW<br>(Removed from San Francisco Superior Court on September 7, 2007; Case No. CGC-07-465695)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING MEDIATION**<br><br>**Judge: Hon. Claudia Wilken** |

WHEREAS, on November 27, 2007, the parties filed a Stipulation and [Proposed] Order Selecting ADR process with this Court, in which the parties agreed to participate in private mediation with Mark S. Rudy, Esq. as mediator by March 31, 2008; and

WHEREAS, on November 30, 2007, this Court entered an Order requiring the parties to participate in private mediation with Mark S. Rudy, Esq. as mediator by March 31, 2008; and

WHEREAS, the parties were unable to schedule a mediation with Mr. Rudy prior to March 31, 2008 and instead scheduled a mediation with Mr. Rudy on April 15, 2008;

THEREFORE, plaintiff and defendant hereby stipulate and request the Court to order as follows:  The previous deadline by which the parties were ordered to enter into mediation of this matter by March 31, 2008 is vacated.  The parties are hereby ordered to enter into mediation of this matter by April 30, 2008.

Dated: February 19, 2008

---
Robert C. Schubert
Miranda Kolbe
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California  94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Counsel for Plaintiff

Dated: February 19, 2008

---
Mitchell F. Boomer
JoAnna L. Brooks
Punam Sarad
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Counsel for Defendant SIEMENS PRODUCT
LIFESTYLE MANAGEMENT SOFTWARE INC.
(formerly known as UGS CORP.)

**ORDER**

IT IS SO ORDERED.

**3/3/08**

Dated: _____

---
Honorable Claudia Wilken
United States District Court Judge