1 ROBERT C. SCHUBERT S.B.N. 62684
  MIRANDA P. KOLBE S.B.N. 214392
2 DUSTIN L. SCHUBERT S.B.N. 254876
  SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
3 Three Embarcadero Center, Suite 1650
  San Francisco, California 94111
4 Telephone: (415) 788-4220

5 *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-07-4640-MJJ<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Schubert & Reed LLP has changed its name to Schubert Jonckheer Kolbe & Kralowec LLP. Juden Justice Reed, P.C. is no longer a partner of the firm, and Juden Justice Reed hereby withdraws as counsel of record.

Date: May 14, 2008                                Schubert Jonckheer Kolbe & Kralowec LLP

                                                  By: _____
                                                       Robert C. Schubert