| | |
|---|---|
| 1 | MITCHELL F. BOOMER (SBN 121441) |
|   | JoANNA L. BROOKS (SBN 182986) |
| 2 | DYLAN B. CARP (SBN 196846) |
|   | JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone     415.394.9400 |
|   | Facsimile:    415.394.9401 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | SIEMENS PRODUCT LIFECYCLE MANAGEMENT |
|   | SOFTWARE INC. |
| 7 | (formerly known as UGS CORP.) |

ROBERT C. SCHUBERT (SBN 62684)
MIRANDA P. KOLBE (SBN 214392)
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone    415-788-4220

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated, | Case No. C 07 4640 CW |
| Plaintiffs, | (Removed from San Francisco Superior Court on September 7, 2007; Case No:CGC-07-465695) |
| v. | **CLASS ACTION** |
| UGS CORPORATION and DOES 1 through 100, inclusive, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| Defendants. | Date:    June 25, 2008 |
| | Time:    2:00 p.m. |
| | Courtroom: 11, 19th Floor |
| | Judge: Hon. Claudia Wilken |

///

///

///

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                    Case No. C 07-04640 CW

1  Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rules 16-9 and 26-1, and the
2  General Standing Order of the judges of the Northern District of California, Plaintiff Vanessa
3  Flint and Defendant Siemens Product Lifecycle Management Software Inc. (the "Parties") submit
4  the following proposed Joint Case Management Conference Statement.

5  On April 15, 2008, the Parties participated in a court ordered mediation.  The Parties
6  reached a tentative settlement at the mediation and the Parties executed a Memorandum of
7  Understanding.  Since the mediation the parties have been negotiating the final terms of the
8  Stipulation of Settlement.  The Parties plan to submit the Stipulation of Settlement to the court
9  prior to the case management conference scheduled for June 25, 2008, and will seek the advice of
10 the Court as to the procedure for preliminary approval and disseminating notice to the Class at
11 that conference.

JACKSON LEWIS LLP

Dated: June 11, 2008         By:         /s/
                                 Mitchell F. Boomer
                                 JoAnna L. Brooks
                                 Attorneys for Defendant
                                 SIEMENS PRODUCT LIFECYCLE
                                 MANAGEMENT SOFTWARE INC.


SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP

Dated: June 11, 2008         By:         /s/
                                 Robert C. Schubert
                                 Miranda Kolbe
                                 Attorneys for Plaintiff
                                 VANESSA FLINT

2