ROBERT C. SCHUBERT S.B.N. 62684
MIRANDA P. KOLBE S.B.N. 214392
DUSTIN L. SCHUBERT S.B.N. 254876
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

Counsel for Plaintiff

MITCHELL F. BOOMER (SBN 121441)
JoANNA L. BROOKS (SBN 182986)
DYLAN B. CARP (SBN 196846)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone       415.394.9400
Facsimile:      415.394.9401

Attorneys for Defendant
Siemens Product Lifecycle Management Software Inc.
(formerly known as UGS CORP.)

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| VANESSA FLINT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UGS CORPORATION and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C-07-4640-CAW<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME IN WHICH TO HEAR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>**JUDGE:**   Hon. Claudia A. Wilken<br><br>**Civil L.R. 6-2** |

Plaintiff Vanessa Flint and defendant Siemens Product Lifecycle Management Software Inc. ("Siemens PLM Software")(formerly UGS Corporation) (together, "Parties"), through their respective counsel, stipulate and agree as follows:

1. A proposed settlement ("the Settlement") of the above-captioned class action has been reached by the Parties.

2. Plaintiff now seeks to move the Court for an order preliminarily approving that Settlement, approving the form and method of class notice, and conditionally certifying a settlement class.

3. Defendant Siemens PLM Software will not oppose Plaintiff's motion for preliminary approval of the Settlement, approval of class notice, and conditional certification of the settlement class.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Approval of Class Notice, and Conditional Certification of the Settlement Class shall, with the permission of the Court, be heard on shortened time in the Courtroom of the Honorable Claudia A. Wilken on October 16, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard by the Court.

DATED: September 24, 2008     SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP

By: _____/s/_____
MIRANDA P. KOLBE

Counsel for Plaintiff

DATED: September 24, 2008     JACKSON LEWIS LLP

By: _____/s/_____
JOANNA L. BROOKS

Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME IN WHICH TO HEAR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS

1
2    PURSUANT TO STIPULATION, IT IS SO ORDERED this <u>26th</u> day of
3 <u>Sept.</u>, 2008.

4

5                                          _____

6                                          Hon. Claudia A. Wilken
                                            United States District Judge

SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME IN WHICH TO HEAR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS

- 3 -