IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANESSA FLINT, et al.,

    Plaintiffs,

v.

UGS CORPORATION and DOES 1 THROUGH 100, inclusive,

    Defendants.

No. C 07-04640 CW

ORDER REQUIRING PARTIES TO SUBMIT A MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES

    Before the Court will rule on the parties' request for preliminary approval of class action settlement, approval of class notice, and conditional certification of settlement class, the parties must submit a motion and a memorandum of points and authorities to support the motion.  <u>See</u> Civil Local Rule 7. Plaintiffs and/or Defendants must file their motions, or a joint motion, with a memorandum of points and authorities, on or before October 5, 2008.

    IT IS SO ORDERED.

Dated: 9/29/08

_____
CLAUDIA WILKEN
United States District Judge