IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANESSA FLINT, et al.,

       Plaintiffs,

  v.

UGS CORPORATION and DOES 1 THROUGH 100, inclusive,

       Defendants.
_____/

No. C 07-04640 CW

ORDER REQUIRING PARTIES TO SUBMIT A MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES

    Before the Court will rule on the parties' request for final approval of class action settlement, award of attorneys' fees, incentive award and class certification, the parties must submit a motion and a memorandum of points and authorities to support the motion. <u>See</u> Civil Local Rule 7. Plaintiffs and/or Defendants must file their motions, or a joint motion, with a memorandum of points and authorities, on or before December 31, 2008.

    IT IS SO ORDERED.

Dated: 12/22/08

_____
CLAUDIA WILKEN
United States District Judge