IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA FLINT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UGS CORPORATION and DOES 1 THROUGH 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-04640 CW<br><br>ORDER REGARDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

On December 22, 2008, the Court issued an order requiring the parties to submit a motion and memorandum of points and authorities regarding their final approval of class action settlement, award of attorneys' fees, incentive award and class certification on or before December 31, 2008. See Docket No. 50. The Court issued this order in error. As outlined in the Court's order granting preliminary approval of the class action settlement, the deadline to file this motion is January 8, 2009. See Docket No. 49.

IT IS SO ORDERED.

Dated: 12/22/08

                                            CLAUDIA WILKEN
                                            United States District Judge